DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>        v.<br><br>GNLV CORP., d/b/a GOLDEN NUGGET HOTEL AND CASINO, *et al.*,<br><br>            Defendants. | Case No. 2:06-cv-01225-RCJ-PAL |

**SPECIAL SHOW CAUSE MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Toby W. Costas and Devika Seth to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.  Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Toby W. Costas and Devika Seth are attorneys with the United States Equal Employment Opportunity Commission, an agency of the federal government.  Ms. Costas is an active member in good standing of the bar of the State of Texas, Bar No. 04855720. Ms. Seth is an active member in good standing of the bar of the District of Columbia, Bar No. 975161.

U.S. Equal Employment Opportunity Commission
207 S. Houston St, 3rd Floor
Dallas, Texas 75202

Toby W. Costas
Supervisory Trial Attorney
Phone: 214-253-2760
Fax: 214-253-2749
Email: toby.costas@eeoc.gov

Devika Seth
Trial Attorney
Phone: 214-253-2764
Fax: 214-253-2749
Email: devika.seth@eeoc.gov

Accordingly, the United States respectfully requests that the Court admit Toby W. Costas and Devika Seth to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 28th day of April 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:  October 28, 2014

**PROOF OF SERVICE**

I, Blaine T. Welsh, AUSA, certify the following individuals were served with a copy of the **SPECIAL SHOW CAUSE MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

**Electronic Case Filing**:

Richard A. Sheehy & Robert Edward Perkins
Sheehy Ware & Pappas PC
909 Fannin Street
Houston , TX  77010
Rsheehy@sheehyware.Com
Eperkins@sheehyware.Com

Thomas F. Kummer
Greenberg Traurig LLP
3773 Howard Hughes Parkway Suite 400n
Las Vegas, NV  89169
Kummert@gtlaw.Com

*Attorneys for Defendants GNLV Corporation, doing business as Golden Nugget Hotel and Casino, and Does 1 – 10 Inclusive,*

Dated this 28th day of April 2014.

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

Toby W. Costas, TX SBN 04855720
U.S. Equal Employment Opportunity Commission
207 S. Houston St., 3rd Floor
Dallas, Texas 75202
Telephone: 214-253-2760
Fax: 214-253-2749
Email: toby.costas@eeoc.gov

*Attorney for Plaintiff EEOC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>GNLV CORP., d/b/a GOLDEN NUGGET HOTEL AND CASINO, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:06-cv-01225-RCJ-(PAL)<br><br><br>**DECLARATION OF TOBY W. COSTAS** |

    I, Toby W. Costas, provide the following declaration in accordance with 28 U.S.C. ¶ 1746:

    1.    I am a Supervisory Trial Attorney for the Dallas District Office of the United States Equal Employment Opportunity Commission ("EEOC" or "Commission").

    2.    I am one of the attorneys assigned to litigate this action on behalf of the Commission.

3.     I will abide by the Federal Rules of Civil Procedure.

4.     I will abide by the ethical standards of this Court and the State Bar of Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 22, 2014

TOBY W. COSTAS
Supervisory Trial Attorney
U.S. Equal Employment Opportunity Commission
Dallas District Office

Devika Seth, District of Columbia Bar No. 975161
U.S. Equal Employment Opportunity Commission
207 S. Houston St., 3rd Floor
Dallas, Texas 75202
Telephone: 214-253-2764
Fax: 214-253-2749
Email: devika.seth@eeoc.gov

*Attorney for Plaintiff EEOC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 2:06-cv-01225-RCJ-(PAL) |
| Plaintiff, | |
| v. | |
| GNLV CORP., d/b/a GOLDEN NUGGET HOTEL AND CASINO, and DOES 1-10, inclusive, | **DECLARATION OF DEVIKA SETH** |
| Defendants. | |

I, Devika Seth, provide the following declaration in accordance with 28 U.S.C. ¶ 1746:

1.     I am a Senior Trial Attorney for the Dallas District Office of the United States Equal Employment Opportunity Commission ("EEOC" or "Commission").

2.     I am one of the attorneys assigned to litigate this action on behalf of the Commission.

3.     I will abide by the Federal Rules of Civil Procedure.

4.     I will abide by the ethical standards of this Court and the State Bar of Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 22, 2014

DEVIKA SETH
Senior Trial Attorney
U.S. Equal Employment Opportunity
Commission
Dallas District Office