# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, } } } | |
| } | CIVIL ACTION NO. |
| Plaintiff, } } | 2:06-CV-01225-RCJ-PAL |
| } | |
| v. } } | |
| GNLV CORP. d/b/a GOLDEN NUGGET HOTEL AND CASINO, and DOES 1-10, inclusive, } } } } | |
| Defendants. } } | |

## STIPULATION

This matter comes before this Court for the filing of the proposed Joint Pretrial Order. Plaintiff and Defendant stipulate that a two-day extension for filing is necessary. The parties have been diligently working to complete the Joint Pretrial Order, but because of the complexity of the case, need a short additional amount of time to complete and file it. This stipulation is not filed for delay. The parties stipulate that the proposed Joint Pretrial Order in the above-referenced lawsuit will be filed on August 7, 2015.

                                                            Respectfully submitted,

                                                            ROBERT A. CANINO
                                                            Regional Attorney
                                                            Oklahoma Bar No. 011782

                                                            TOBY W. COSTAS
                                                            Supervisory Trial Attorney
                                                            Texas Bar No. 04855720

                                                            __/s/ Devika Seth__
                                                            DEVIKA SETH
                                                            Senior Trial Attorney
                                                            District of Columbia Bar No. 975161

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 S. Houston, Third Floor
Dallas, Texas 75202
(214) 253-2764 (Tel)
(214) 253-2749 (Fax)

**ATTORNEYS FOR PLAINTIFF EEOC**


RICHARD A. SHEEHY
Texas Bar No. 18178600

 **/s/** R. Edward Perkins
R. EDWARD PERKINS
Texas Bar No. 15790410

SHEEHY, WARE & PAPPAS, P.C.
909 Fannin Street, Suite 2500
Houston, TX  77010
(713) 951-1004 (Tel)
(713) 289-2004 (Fax)

ERIC W. SWANIS
Nevada Bar No. 6840
Greenberg Traurig LLP
3773 Howard Hughes Parkway
Suite 400N
Las Vegas, NV  89102
(702) 702-6895 (Tel)

**ATTORNEYS FOR DEFENDANT**


ORDER

IT IS SO ORDERED this 6th day of August, 2015.

_____
ROBERT C. JONES